S. LANE TUCKER
United States Attorney

JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 4:23-cr-00004-SAO |
|---|---|---|
| Plaintiff, | ) ) | COUNT 1: |
| vs. | ) ) ) | Violation of Regulation for Management, Use, and Protection of BLM Land Vio. of 43 U.S.C. § 1733(a) |
| JUN LIANG, | ) ) | and 43 C.F.R. §§ 2932.11(a)(1) and 2932.57(a)(3) |
| Defendant. | ) ) | |

INFORMATION

The United States Attorney charges that:

On or about December 28, 2022, at or near Richardson Highway Milepost 217, within the District of Alaska, the Defendant, JUN LIANG, knowingly and willfully violated a regulation issued with respect to the management, use, and protection of the public lands, including the property located thereon, to wit: knowingly participating in

commercial use, including vending associated with recreational use, at Castner Glacier Trial, when BLM had not issued a Special Recreation Permit.

All of which is in violation of Title 43, United States Code, Section § 1733(a), and Title 43, Code of Federal Regulations, Section 2932.11(a)(1) and 2932.57(a)(3).

RESPECTFULLY SUBMITTED January 23, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Jonas Walker
JONAS WALKER
Assistant United States Attorney
United States of America